Evon L. Headbany RACE, Appellant,

v.

**Willard B. BUNCH, Respondent,**

**Milton D. Skeens, Defendant.**

No. WD 49887.

Missouri Court of Appeals, Western District.

August 8, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1995.

Application to Transfer Denied Nov. 21, 1995.

Theresa Hook Barton, Kansas City, for appellant.

J.D. Williamson, Jr., John E. Cash, Kansas City, for respondent.

Norman O. Sanders, Kansas City, for defendant.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Appeal by Evon Race from the following trial court's rulings on her claims against Willard Bunch: Count I (conspiracy) summary judgment and, in the alternative, dismissal; Count II (conversion) dismissal; Count III (fraud) dismissal; Count IV (libel) summary judgment and, in the alternative, dismissal; Count V (malicious prosecution) summary judgment; and Count VI (intentional infliction of emotional distress) dismissal.

Judgment affirmed. Rule 84.16(b).